# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION          MDL NO. 1431 (MJD/SRN)

**ORDER**

This Document Relates to:

*Willis Allen v. Bayer AG, et al.*          Case No. 04-3331

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Willis Allen (Doc. No. 11) is **GRANTED**;

2. Plaintiff Willis Allen's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff must pay $66.75 to Bayer Corporation within 10 days of this Order.

Dated: September 13, 2007

                                        s / Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Court Judge